E-FILED 9/21/16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GABRIELIAN, an individual; and LEO GABRIELIAN, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., a business entity; JPMORGAN CHASE BANK, N.A., a business entity; ASSURANT, INC., a corporation; TIME INSURANCE COMPANY, a business entity form unknown,<br><br>Defendants. | Case No. 2:16-cv-00131-PSG-GJSx<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Complaint Filed:: October 13, 2015<br><br>(*Removed from Los Angeles County Superior Court, Case No. BC597573*) |

On September 13, 2016, the Court granted the Motions to Dismiss Plaintiffs' First Amended Complaint filed by Time Insurance Company, d/b/a Assurant Solutions, and the erroneously named Assurant, Inc. (together, "Time") [Doc. 39], and JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. (together, "Chase") [Doc. 38]. Order GRANTING Motion to Dismiss, [Doc. 45]. Accordingly, judgment is entered in favor of Time and Chase with respect to the claims asserted against them by Plaintiffs. For the purposes of Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Civil Local Rules 54-1 through 54-10, Time and Chase are the prevailing parties in this matter and, upon

1  determination of the Clerk of this Court, are entitled to recover appropriate costs as
2  authorized by law.
3
4  IT IS SO ORDERED.
5
6
7  Dated: _____9/21/16_____        By:_____PHILIP S. GUTIERREZ_____
8                                                 THE HONORABLE PHILIP S. GUTIERREZ
9                                                        United States District Judge